Case 5:22-cv-00597-OLG   Document 4   Filed 06/09/22   Page 1 of 2

FILED
June 09, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JEREMY DANIEL ECKERT, TDCJ #02384937 | § § § § | |
| Plaintiff, | § § | SA-22-CV-0597-OLG |
| v. | § § | |
| ARANSAS COUNTY, | § § | |
| Defendant. | § § | |

## ORDER

*Pro se* plaintiff Jeremy Daniel Eckert ("Eckert"), an inmate currently in the custody of the Texas Department of Criminal Justice, Pam Lychner Unit, filed a 42 U.S.C. § 1983 Civil Rights Complaint in the San Antonio Division of the Western District of Texas. Dkt. No. 1. In his Complaint, Eckert contends Defendant Aransas County violated his Eighth Amendment rights when officers assaulted him during a traffic stop. *Id.* After reviewing the Complaint, the Court concludes this action should be transferred to the Corpus Christi Division of the Southern District of Texas.

Section 1983 does not contain a specific venue provision. *See* 42 U.S.C. § 1983. Accordingly, the Court determines venue under the general venue provision in 28 U.S.C. § 1391(b). *See Baker v. State of Tex.*, No. 1:16-CV-008, 2016 WL 625090, at *1 (S.D. Tex. Jan. 13, 2016) (citing *Williams v. Hoyt*, 556 F.2d 1336, 1341 (5th Cir. 1977) (citing 28 U.S.C. § 1391(b) as venue provision applicable to § 1983 actions)). Pursuant to § 1391(b), "[v]enue for a Section 1983 action lies in the judicial district where a defendant resides, or in the judicial district where a substantial part of the events or omissions giving rise to the claims occurred."

*Id.* (quoting *Trujillo v. Dr. Arce*, No. CIV.A. 5:03-CV-114-C, 2003 WL 21266974, at *1 (N.D. Tex. May 27, 2003)).

As noted above, Eckert filed this action is in the San Antonio Division of the Western District of Texas. Dkt. No. 1. However, the only defendant in this matter is Aransas County and the events upon which Eckert's claim is based occurred in that county. *Id.* Aransas County is in the Southern District of Texas, Corpus Christi Division. 28 U.S.C. § 124(b)(6). Thus, venue is proper in that Division. *See* 28 U.S.C. § 1391(b). The Court finds that a transfer of this matter to the Southern District, Corpus Christi Division, is appropriate. *See id.*

**IT IS THEREFORE ORDERED** that the Clerk of the Court shall **TRANSFER No. 5:22-CV-00597-OLG** to the United States District Court for the Southern District of Texas, Corpus Christi Division.

It is so **ORDERED.**

**SIGNED** this  9th  day of June, 2022.

                                                  ORLANDO L. GARCIA
                                   CHIEF UNITED STATES DISTRICT JUDGE